■ In the Matter of GRETCHEN R. BURNS, Appellant, v ROBERT J. HERROD, Respondent. (Appeal No. 2.) [17 NYS3d 668]—Appeal from an order of the Family Court, Allegany County (Thomas P. Brown, J.), entered May 15, 2014 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for a modification of custody and visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Burns v Herrod* ([appeal No. 1] 132 AD3d 1336 [2015]). Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.